# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Backyard Environments LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 1 2 1 6 2 3 5 | |
| **4. Debtor's address** | **Principal place of business** **4451 Dale Earnhardt Way, D1** Number   Street **Roanoke, TX 76262** City   State   ZIP Code **Denton** County | **Mailing address, if different from principal place of business** Number   Street City   State   ZIP Code **Location of principal assets, if different from principal place of business** Number   Street City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Backyard Environments LLC**  
Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ___/___/_____ Case number _____
MM / DD / YYYY
District _____ When ___/___/_____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When ___/___/_____
MM / DD / YYYY
Case number, if known _____

Debtor  **Backyard Environments LLC**    Case number *(if known)* _____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number   Street

_____
City                              State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
        Contact name     _____
        Phone            _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49         ☐ 50-99         ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000     ☐ 50,000-100,000
☐ 100-199      ☐ 200-999       ☐ 10,001-25,000                       ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  **Backyard Environments LLC**
Name

Case number *(if known)*

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/10/2024**
MM/ DD/ YYYY

X **/s/ Billy Sullivan**
Signature of authorized representative of debtor

**Billy Sullivan**
Printed name

Title **Managing Member**

### 18. Signature of attorney

X **/s/ Robert T DeMarco**
Signature of attorney for debtor

Date **10/10/2024**
MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number    Street

**Plano**
City

**TX**
State

**75074**
ZIP Code

**(972) 991-5591**
Contact phone

**robert@demarcomitchell.com**
Email address

**24014543**
Bar number

**TX**
State

Fill in this information to identify the case:

Debtor name _____ **Backyard Environments LLC** _____

United States Bankruptcy Court for the:
_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Rogelio Hernandez Pool Decks  1905 Vincennes St  Fort Worth, TX 76105 | | Vendor | | | | $169,813.50 |
| 2 | Lancaster Tile & Coping, Inc.  1660 Lyon St, Lancaster  Lancaster, TX 75134 | | Vendor | | | | $127,036.50 |
| 3 | Manantial Pools Plaster  6040 Deerfoot Trail  Fort Worth, TX 76131 | | Vendor | | | | $81,238.00 |
| 4 | Marshal Renee Construction Companies  514 Bonham St  Grand Prairie, TX 75050 | | Vendor | | | | $77,812.50 |
| 5 | Prestige Gunite of North Texas  2828 Prestige Rd  Keller, TX 76244 | | Vendor | | | | $72,159.00 |
| 6 | Cope Electric and Controls Inc  2126 Hamilton Rd. Suite 330  Argyle, TX 76226 | | Vendor | | | | $70,368.00 |
| 7 | Ratana International Ltd.  8310 Manitoba St  Vancouver, BC V5X 3A6, Canada , | | Vendor | | | | $41,817.82 |
| 8 | R.C. Custom Construction  6260 FM 115  Scroggins, TX 75480 | | Vendor | | | | $41,416.92 |

Debtor    **Backyard Environments LLC**               Case number *(if known)*
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Atlas Soil Stabilization, LLC<br>5650 Rooster St<br>Keller, TX 76244 | | Vendor | | | | $24,664.00 |
| 10 | New Generation Pool Plumbing<br>6908 Heritage Ln<br>Fort Worth, TX 76134 | | Vendor | | | | $24,534.75 |
| 11 | Cache Stone & Tile Inc.<br>9609 Manassas Rd<br>Fort Worth, TX 76177 | | Vendor | | | | $21,189.00 |
| 12 | Lee Roy Jordan Lumber<br>11529 Emerald St<br>Dallas, TX 75229 | | Vendor | | | | $19,099.92 |
| 13 | Betuel Bautista<br>2109 Poppy Ln<br>Richardson, TX 75081 | | Vendor | | | | $17,679.77 |
| 14 | C4 Electric, LLC<br>3300 W. Division St<br>Arlington, TX 76012 | | Vendor | | | | $17,668.00 |
| 15 | Alliance Pro Electric, LP<br>15578 Highway 114<br>Justin, TX 76247 | | Vendor | | | | $17,212.50 |
| 16 | AES Distribution Center<br>8621 S 180th<br>Kent, WA 98032 | | Vendor | | | | $16,618.45 |
| 17 | TLC Irrigation and Landscaping<br>P.O. Box 331943<br>Fort Worth, TX 76163 | | Vendor | | | | $11,730.92 |
| 18 | AG Custom Construction LLC<br>3043 Wilton Ave<br>Dallas, TX 75211 | | Vendor | | | | $10,000.00 |
| 19 | G Huerta Plumbing<br>160 Choice Dr<br>Palmer, TX 75152 | | Vendor | | | | $9,657.80 |
| 20 | Aqua Bella Pools<br>PO Box 181001<br>Arlington, TX 76096 | | Vendor | | | | $6,328.90 |

Fill in this information to identify the case:

Debtor name: **Backyard Environments LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/10/2024**
MM/ DD/ YYYY

X **/s/ Billy Sullivan**
Signature of individual signing on behalf of debtor

**Billy Sullivan**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**American Dream Rain Gutters**
P.O. Box 755
Forney, TX 75126

**ABP Northlake, LLC**
9644 Ben Hogan Lane
Keller, TX 76244

**AES Distribution Center**
8621 S 180th
Kent, WA 98032

**AG Custom Construction LLC**
3043 Wilton Ave
Dallas, TX 75211

**Alliance Pro Electric, LP**
15578 Highway 114
Justin, TX 76247

**Ally**
PO Box 380902
Minneapolis, MN 55438

**Ally Office Solutions**
726 Commerce Sts Ste. 109
Southlake, TX 76092

**Aqua Bella Pools**
PO Box 181001
Arlington, TX 76096

**Atlas Soil Stabilization, LLC**
5650 Rooster St
Keller, TX 76244

**Attorney General of the United States**
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

**Betuel Bautista**
2109 Poppy Ln
Richardson, TX 75081

**Bluevine**
401 Warren St. Suite 300
Redwood City, CA 94063

**C & L Refrigeration**
P.O. Box 2319
Brea, CA 92822

**C4 Electric, LLC**
3300 W. Division St
Arlington, TX 76012

**Cache Stone & Tile Inc.**
9609 Manassas Rd
Fort Worth, TX 76177

**Cope Electric and Controls Inc**
2126 Hamilton Rd. Suite 330
Argyle, TX 76226

Dallas County Tax-Assessor Collector
500 Elm St Ste 3300
Dallas, TX 75202-3304

G Huerta Plumbing
160 Choice Dr
Palmer, TX 75152

Gozney
2700 Rasmussen Rd L-50 Northfield
Park City, UT 84098

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

KTC UNDERGROUND
PO Box BOX 150963
Fort Worth, TX 76108

Lancaster Tile & Coping, Inc.
1660 Lyon St, Lancaster
Lancaster, TX 75134

Lee Roy Jordan Lumber
11529 Emerald St
Dallas, TX 75229

LG Funding
1218 Union Street
Brooklyn, NY 11225

Manantial Pools Plaster
6040 Deerfoot Trail
Fort Worth, TX 76131

Marshal Renee Construction Companies
514 Bonham St
Grand Prairie, TX 75050

Milestone Distributors
PO Box 110669
Carrollton, TX 75011

National Funding
Attn: Sandra Otero
4380 La Jolla Village Dr.
San Diego, CA 92122

New Generation Pool Plumbing
6908 Heritage Ln
Fort Worth, TX 76134

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002

Peltier Engineering Services
1015 Piping Rock Street
Denton, TX 76205

### Prestige Gunite of North Texas
2828 Prestige Rd
Keller, TX 76244

### Prestige Porches
3332 Brooke St
Denton, TX 76207

### R.C. Custom Construction
6260 FM 115
Scroggins, TX 75480

### Ratana International Ltd.
8310 Manitoba St
Vancouver, BC V5X 3A6, Canada

### Rogelio Hernandez Pool Decks
1905 Vincennes St
Fort Worth, TX 76105

### SCP
PO Box 669421
Dallas, TX 75266

### Southwest Shade Solutions
1904 Industrial Blvd., Suite 102
Colleyville, TX 76034

### STAMPable Concrete
2912 Carnation Ave.
Fort Worth, TX 76111

T2 Outdoors, LLC
980 E State HWY 121 Building B Suite 5
Lewisville, TX 75057


Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


TLC Irrigation and
Landscaping
P.O. Box 331943
Fort Worth, TX 76163


U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102


U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


U.S. Securities & Exchange
Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

**U.S. Small Business Administration**
150 Westpark Way Ste 130
Euless, TX 76040-3705

**Unique Funding Solutions, LLC**
1915 Hollywood Blvd., 200A
Hollywood, FL 33020

**United States Attorney**
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Backyard Environments LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **10/10/2024**   Signature  **/s/ Billy Sullivan**
                                  Billy Sullivan, Managing Member

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:                                                                      CHAPTER **11**
**Backyard Environments LLC**

DEBTOR(S)                                                      CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **William Sullivan** 9644 Ben Hogan Lane Fort Worth, TX 76244 | Interest | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/10/2024**                        Signature: **/s/ Billy Sullivan**
                                                                         *Billy Sullivan, Managing Member*